**No. 09-1119. Carlos Fitzgerald Smith, Petitioner v. North Carolina.**

560 U.S. 925, 130 S. Ct. 3325, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4297.

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 192 N.C. App. 690, 666 S.E.2d 191.

**No. 09-1125. Glenn Allen Adair, dba Super D 229, et al., Petitioners v. Lease Partners, Inc., et al.**

560 U.S. 925, 130 S. Ct. 3326, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4355.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 587 F.3d 238.

**No. 09-1128. Daniel J. Segal, Petitioner v. Fifth Third Bank, N.A., et al.**

560 U.S. 925, 130 S. Ct. 3326, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4312.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 581 F.3d 305.

**No. 09-1130. Dorothy Scholwin, Petitioner v. Department of Children and Families.**

560 U.S. 925, 130 S. Ct. 3326, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4277.

May 24, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 74 Mass. App. 1125, 909 N.E.2d 1193.

**No. 09-1134. Clifton S. Davis, Sr., Petitioner v. Lonnie L. Davis, Jr., et al.**

560 U.S. 925, 130 S. Ct. 3327, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4330.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-1137. Louise Victoria Jeffredo, et al., Petitioners v. Mark A. Macarro, et al.**

560 U.S. 925, 130 S. Ct. 3327, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4244.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 599 F.3d 913.

**No. 09-1144. Bernard Dolenz, Petitioner v. WTG Gas Processing, L.P., et al.**

560 U.S. 925, 130 S. Ct. 3328, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4259.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 479.